No. 239. BADGER MUTUAL INSURANCE CO. ET AL. *v.* SERIO, DOING BUSINESS AS MAGNOLIA CANNING CO. C. A. 5th Cir. Certiorari denied. *Thos. H. Watkins* and *Elizabeth Hulen Grayson* for petitioners. *Malcolm B. Montgomery* for respondent.

No. 244. ELMORE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *James P. Mozingo III* and *John L. Nettles* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 246. SYPERT *v.* MINER, U. S. DISTRICT JUDGE. C. A. 7th Cir. Certiorari denied. *James A. Dooley* for petitioner. *Albert M. Howard* and *Charles D. Snewind* for respondent.

No. 247. KRAFT FOODS Co. OF WISCONSIN ET AL. *v.* COMMODITY CREDIT CORP. C. A. 7th Cir. Certiorari denied. *John T. Chadwell, George E. Leonard, Jr., Richard J. Faletti, Claude A. Roth* and *Stuart S. Ball* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for respondent.

No. 252. MASTERSON *v.* NEW YORK CENTRAL RAILROAD CO. C. A. 3d Cir. Certiorari denied. *Samuel T. Gaines* for petitioner. *William F. Illig* and *John E. Britton* for respondent.

No. 256. KAYE-MARTIN ET AL. *v.* BROOKS. C. A. 7th Cir. Certiorari denied. *Vernon R. Loucks* and *James L. Henry* for petitioners. *Paul B. O'Flaherty* and *Erwin M. Arnold* for respondent.